UMBERTO POLITANO, Respondent, *v.* AARON L. JACOBY, Defendant, and JAMES A. MCQUADE, Appellant.

(Argued November 20, 1933; decided December 5, 1933.)

*Edward L. Kelly, Reginald S. Hardy* and *Abram Raff* for appellant.

*Charles Rothenberg* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.